**JERRI LEIGH JACKSON**                                                                                   **PLAINTIFF**

**v.**

**GREYHOUND BUS COMPANY**                                                             **DEFENDANT**

<u>**MEMORANDUM OPINION**</u>

On July 9, 2010, acting without the assistance of counsel, Plaintiff Jerri Leigh Jackson

filed the above-styled action against Greyhound Bus Company. She commenced the action in

United States District Court for the Western District of Missouri. The action was transferred to

this Court on February 8, 2011. On the same day, the Clerk of this Court mailed Plaintiff a copy

of the docket sheet showing the new case number and assignment.

On March 21, 2011, the mailing was returned by the United States Postal Service

indicating that Plaintiff had refused to accept delivery (DN 13). Plaintiff has not provided the

Court with an alternate address nor taken any action in this case since it was transferred to this

Court.

It is Plaintiff's responsibility to keep this Court advised of a current address where she

can be reached by the Court and by Defendant and to litigate her claims actively. *See* LR 5.2(d)

("All pro se litigants must provide written notice of a change of address to the Clerk and to the

opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change

may result in the dismissal of the litigant's case or other appropriate sanctions."). Plaintiff has

failed in her duties.  Additionally, her refusal to accept mail from the Court indicates that she no longer desires to prosecute this action.  Therefore, the Court will dismiss this action by separate Order.

Date:

cc:      Plaintiff, *pro se*

4411.008